# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00314-CR**
**NO. 09-17-00315-CR**
**NO. 09-17-00316-CR**

_____

**DON EVERETT SARGENT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 16-05-05571-CR (Counts 1, 2 and 3)**

## MEMORANDUM OPINION

Don Everett Sargent has filed motions to dismiss his appeals. *See* Tex. R. App. P. 42.2. In each case, a request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in these appeals. The motions are granted, and the appeals are therefore dismissed.

APPEALS DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on March 13, 2018
Opinion Delivered March 14, 2018
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.